UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| WILLIAM HARDY SAUNDERS, JR., <br><br> Plaintiff, <br><br> v. <br><br> ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS, <br><br> Defendant. | Civil Action No. 22-04699 (GC) (RLS) <br><br> **ORDER** |

**THIS MATTER** comes before the Court upon Plaintiff William Hardy Saunders, Jr.'s Application to Proceed *In Forma Pauperis* together with Plaintiff's Complaint against Defendant Administrative Office of the United States Courts. (ECF Nos. 1, 1-4.) For the reasons set forth in the Court's accompanying Memorandum Opinion, and other good cause shown,

**IT IS** on this 14th day of August, 2023, **ORDERED** as follows:

1. Plaintiff's Application to Proceed *In Forma Pauperis* is **GRANTED**.

2. Plaintiff's Complaint (ECF No. 1) is **DISMISSED** without prejudice, except for Plaintiff's claim under Title II of the Americans with Disabilities Act, which is **DISMISSED** with prejudice.

3. The Clerk's Office is directed to **CLOSE** this case.

4. Plaintiff may have the case reopened if, within thirty (30) days of the date of the entry of this Order, he files an amended complaint that cures the deficiencies set forth in the accompanying Memorandum Opinion.

5. Upon receipt of an amended complaint within the time allotted by this Court, the Clerk will be directed to reopen this case.

_____
**GEORGETTE CASTNER**
**UNITED STATES DISTRICT JUDGE**