# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 23-2791

William Saunders, Jr. v. Administrative Office of United States Courts

(U.S. District Court No.: 3-22-cv-04699)

**ORDER**

Pursuant to Fed. R. App. P. 3(a) and 3rd Cir. Misc. LAR 107.2(b), it is

ORDERED that the above-captioned case is hereby dismissed for failure to timely prosecute insofar as appellant failed to file a brief and appendix as directed. It is

FURTHER ORDERED that a certified copy of this order be issued in lieu of a formal mandate.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated:    October 22, 2024
JK/cc:    William Hardy Saunders Jr.,

A True Copy:

*Patricia A. Dodszuweit*

Patricia S. Dodszuweit, Clerk
Certified Order Issued in Lieu of Mandate